*Martin Clark* for appellant.

*George F. Thompson* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.

---

T. ELLETT HODGSKIN, as Assignee for the Benefit of Creditors of THE ROGERS MANUFACTURING COMPANY, Respondent, *v.* CHARLES E. PELL et al., Appellants.

*Rogers* v. *Pell,* 47 App. Div. 240, affirmed.
(Argued June 10, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Henry G. Atwater, Thaddeson D. Kenneson* and *Andrew Shiland* for appellants.

*John Larkin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.

---

MARCUS P. MASON, Respondent, *v.* AMASA CORBIN, JR., Appellant.

*Mason* v. *Corbin,* 41 App. Div. 617, affirmed.
(Argued June 10, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

16, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*E. H. Neary* for appellant.

*Vasco P. Abbott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not voting: O'BRIEN, J. Not sitting: LANDON, J.

---

DAVID SPERO, Respondent, *v.* WEST SIDE BANK OF THE CITY OF NEW YORK, Appellant.

*Spero* v. *West Side Bank of N. Y.*, 42 App. Div. 619, affirmed.
(Submitted June 11, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Gibson Putzel* and *John C. Shaw* for appellant.

*Daniel P. Hays* for respondent.

Judgment affirmed, with costs, and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.

---

ANNIE L. HACKETT, Appellant, *v.* THE SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION, Respondent.

*Hackett* v. *Supreme Council*, 44 App. Div. 524, affirmed.
(Argued June 11, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered